

| | |
|---|---|
| 1 | D. EDWARD HAYS, #162507 |
| | ehays@marshackhays.com |
| 2 | JUDITH E. MARSHACK, #163871 |
| | jmarshack@marshackhays.com |
| 3 | **MARSHACK HAYS LLP** |
| | 5410 Trabuco Road, Suite 130 |
| 4 | Irvine, CA 92620 |
| | Telephone: (949) 333-7777 |
| 5 | Facsimile: (949) 333-7778 |
| 6 | Special Claims Counsel for Chapter 7 Trustee, |
| 7 | RICHARD A. MARSHACK |

FILED
CLERK, U.S. DISTRICT COURT
APR 1 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

APR 1 1 2011

FILED _____
DOCKETED 04/11/11   v.j.b.
DATE          INITIAL

BAP# CC-11-1163

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION

# CV11 03266 CJC

| | |
|---|---|
| 11 | In re |
| 12 | FOUR STAR FINANCIAL SERVICES, LLC, |
| 13 | Debtor. |

Case No. 2:03-bk-37579-TD

Chapter 7

NOTICE OF APPEALS

**NOTICE IS HEREBY GIVEN** that Richard A. Marshack, in his capacity as

Chapter 7 Trustee for the bankruptcy estate of Four Star Financial Services, LLC ("Trustee"), herein

appeals to the United States Bankruptcy Appellate Panel for the Ninth Circuit from the Order of the

Bankruptcy Court for the Central District of California entered in this proceeding on February 9,

2011 entitled "Order Denying Trustee's Motion for Order Disallowing Priority Unsecured Claim

Filed by Brian Hammond Individually and on Behalf of Similarly Situated Persons [Claim No. 9]"

[filed as Docket No. 884] (the "Order"), a true and correct copy of which is attached hereto as

Exhibit "1".

    Further, notice is also hereby given that Trustee herein appeals to the United

Bankruptcy Appellate Panel for the Ninth Circuit from the Order of the Bankruptcy Court for the

Central District of California entered in this proceeding on April 1, 2011 entitled "Order Denying

Motion for Reconsideration Re: Order Denying Trustee's Motion for Order Disallowing Priority

Unsecured Claim Filed by Brian Hammond Individually and on Behalf of Similarly Situated

1

NOTICE OF APPEALS

1  Persons" [filed as Docket No. 897] (the "Order Denying Motion for Reconsideration"), a true and

2  correct copy of which is attached hereto as Exhibit "2".

3          The parties to the Order and the Order Denying Motion for Reconsideration  appealed

4  from and the names and addresses of their respective attorneys are as follows:

5

6  Counsel for Debtor Four Star Financial Services, LLC:

7          Arthur A. Greenberg, Esq.
        Greenberg & Bass LLP
8          16000 Ventura Blvd., Suite 1000
        Encino, CA 91436
9          Phone: (818) 382-6200
        Fax: (818) 986-6534
10         agreenberg@greenbass.com

11

12
   Counsel for Brian Hammond:
13

14         Douglas H. Napier, Esq.
        14591 N. 100th Way
15         Scottsdale, AZ  85260
        Phone: (480) 298-8043
16         Fax: (480) 639-6417
        doug4law@aol.com
17

18
   Local and Bankruptcy Counsel for Class Representative, Brian Hammond:
19

20         David W. Meadows, Esq.
        Law Offices of David W. Meadows
21         1801 Century Park East, Suite 1235
        Los Angeles, CA  90067
22         Phone: (310) 557-8490
        Fax: (310) 557-8493
23         david@davidwmeadowslaw.com

24

25

26

27

28

                                         2
                              NOTICE OF APPEALS

1   Counsel for Chapter 7 Trustee, Richard A. Marshack:

2

3         D. Edward Hays, Esq.
      Marshack Hays LLP
      5410 Trabuco Road, Suite 130
4         Irvine, CA 92620
      Phone: (949) 333-7777
5         Fax: (949) 333-7778
      ehays@marshackhays.com
6

7

8   Interested Party:

9         Office of the United States Trustee
      725 S. Figueroa Street, Suite 2600
10        Los Angeles, CA 90017
      Phone: (213) 894-6811
11        Fax: (213) 894-2603

12

13

14  DATED:  April 8, 2011            MARSHACK HAYS LLP

15                     /s/ D. Edward Hays

16              By:_____
17                  D. EDWARD HAYS
                Special Claims Counsel For Chapter 7 Trustee,
18                  RICHARD A. MARSHACK

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEALS

45416v1/1015-002

EXHIBIT 1

1  Douglas H. Napier, Esq., (Iowa SBN 12703)
   Attorney at Law
2  14591 N. 100th Way
   Scottsdale, Arizona 85260
3  Tel: 480-298-8043
   Fax: 480-639-6417
4  Email: Doug4law@aol.com
   Attorneys for Class Representative
5  Brian Hammond

6  DAVID W. MEADOWS (SBN 137052)
   Law Offices of David W. Meadows
7  1801 Century Park East, Suite 1250
   Los Angeles, CA 90067
8  Tel: (310) 557-8490
   Fax: (310) 557-8493
9  Email: david@davidwmeadowslaw.com

10 Local and Bankruptcy Counsel for
   Class Representative, Brian Hammond
11

FILED & ENTERED

FEB 09 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning  DEPUTY CLERK

12            **UNITED STATES BANKRUPTCY COURT**

13            **CENTRAL DISTRICT OF CALIFORNIA**

14                **LOS ANGELES DIVISION**

15 In re                                    ) Case No. 2:03-bk-37579-TD
                                            )
16 FOUR STAR FINANCIAL SERVICES, INC,       )
                                            ) Chapter 7
17            Debtor                         )
                                            ) ORDER DENYING TRUSTEE'S MOTION
18                                          ) FOR ORDER DISALLOWING PRIORITY
                                            ) UNSECURED CLAIM FILED BY BRIAN
19                                          ) HAMMOND INDIVIDUALLY AND ON
                                            ) BEHALF OF ALL PERSONS SIMILARLY
20                                          ) SITUATED [CLAIM NO. 9]
                                            )
21                                          )
                                            ) Hearing:
22                                          )
                                            ) Date:  September 1, 2010
23                                          ) Time:  10:00 a.m.
   ─────────────────────────────────────── ) Place: 1345
24

25        The "Trustee's Motion For Order Disallowing Priority Unsecured Claim Filed By

26 Brian Hammond Individually and on Behalf of All Persons Similarly Situated [Claim No. 9]" (the

24 "Motion") by Richard A. Marshack in his capacity as the Chapter 7 Trustee (the "Trustee") for the

28

1   bankruptcy estate of Four Star Financial Services, LLC (the "Debtor"), came on for hearings on

2   September 1, 2010 at 10:00 a.m. and October 13, 2010 at 11:00 a.m.  Douglas H. Napier, Esq.

3   appeared on behalf of Class Representative Brian Hammond ("Hammond").  D. Edward Hays, Esq.

4   of Marshack Hays LLP appeared on behalf of the Trustee.  David W. Meadows of the Law Offices

5   of David W. Meadows appeared as bankruptcy counsel to Class Representative Brian Hammond

6   and as local counsel.  Other appearances, if any, are reflected on the record.

7
        The Court, having considered the Motion, the "Trustee's Evidentiary Objections to

8
9   Declaration of Douglas H. Napier" (the Evidentiary Objections"), all briefs filed on behalf of the

10  Trustee in support of the Motion, and all briefs filed by Hammond in opposition to the Motion and

11  the Evidentiary Objections, having heard and considered all oral argument made at the hearings,

12  after due consideration, and for the reasons stated by the Court in its "Memorandum Decision

13  Denying Marshack Motion to Disallow Hammond Priority Unsecured Claim" filed as Docket No.

14  882 on January 28, 2011, and good cause appearing therefore;

15
        IT IS HEREBY ORDERED THAT:

16
17      1.      The Trustee's Evidentiary Objections are overruled;

18      2.      The Trustee's Motion is denied; and

19      3.      Claim  No. 9 is allowed the amount of $4,528,798.00 and is to be paid as a

20  priority claim under Section 507(a)(7) of the Bankruptcy Code.

21
                                ###

22

23  DATED: February 9, 2011

24                                United States Bankruptcy Judge

25

26

27

28
                                2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1801 Century Park East, Suite 1235, Los Angeles, CA 90067

A true and correct copy of the foregoing document described:

**ORDER DENYING TRUSTEE'S MOTION FOR ORDER DISALLOWING PRIORITY UNSECURED CLAIM FILED BY BRIAN HAMMOND INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED [CLAIM NO. 9]**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF ")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page

II.   **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

III.   **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _2/4/2011_ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Hon. Thomas Donovan (messenger)

Counsel to the Chapter 7 Trustee, via email to:  EHays@MarshackHays.com
Co-counsel to the Hammond Class:   doug4law@aol.com

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 2/4/2011 | David W. Meadows | /s/ David W. Meadows |
| Date | Type Name | Signature |

3

**NOTE TO USERS OF THIS FORM:**

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)

**ORDER DENYING TRUSTEE'S MOTION FOR ORDER DISALLOWING PRIORITY UNSECURED CLAIM FILED BY BRIAN HAMMOND INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED [CLAIM NO. 9]**

was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>2/4/2011</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

See attached

        ☒     Service information continued on

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

        ☐     Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

        ☐     Service information continued on attached page

4

Section I (continued):

- A Eric Aguilera    eaguilera@bfka-law.com
- Kyra E Andrassy    kandrassy@wgllp.com
- Martin R Barash    mbarash@ktbslaw.com
- James C Bastian    jbastian@shbllp.com
- Stephen F Biegenzahn    efile@sfblaw.com
- Mark Bradshaw    mbradshaw@shbllp.com
- Lynda T Bui    lbui@shbllp.com
- Melissa Davis    mdavis@shbllp.com
- Jerold Fagelbaum    office@fhllplaw.com
- Philip A Gasteier    pag@lnbrb.com
- Jeffrey I Golden    jgolden@wgllp.com
- D Edward Hays    ehays@marshackhays.com
- Matthew Heyn    mheyn@ktbslaw.com
- Sean A Kading    seankading@sbcglobal.net
- Manijha Kadir    mkadir@shbllp.com
- Richard A Marshack    pkraus@shbllp.com, rmarshack@ecf.epiqsystems.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com
- David W. Meadows    david@davidwmeadowslaw.com
- Irena L Norton    inorton@shbllp.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Joel G Samuels    jsamuels@sidley.com
- Michael A Scherago    mscherago@landslawyers.com
- Leonard M Shulman    lshulman@shbllp.com
- Martina A Slocomb    mslocomb@marshackhays.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- David Weinstein    david.weinstein@hro.com
- Sharon Z Weiss    sharon.weiss@hro.com
- Miles A Woodlief    mawoodlief@earthlink.net

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

EXHIBIT 2

D. EDWARD HAYS, #162507
ehays@marshackhays.com
JUDITH E. MARSHACK, #163871
jmarshack@marshackhays.com
**MARSHACK HAYS LLP**
5410 Trabuco Road, Suite 130
Irvine, CA 92620
Telephone:  (949) 333-7777
Facsimile:  (949) 333-7778

Special Claims Counsel for Chapter 7 Trustee,
RICHARD A. MARSHACK

<table>
<tr><td>FILED & ENTERED</td></tr>
<tr><td>APR 01 2011</td></tr>
<tr><td>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY penning   DEPUTY CLERK</td></tr>
</table>

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re

FOUR STAR FINANCIAL SERVICES, LLC,

Debtor.

Case No.  2:03-bk-37579-TD

Chapter  7

ORDER DENYING MOTION FOR
RECONSIDERATION RE: ORDER
DENYING TRUSTEE'S MOTION FOR
ORDER DISALLOWING PRIORITY
UNSECURED CLAIM FILED BY BRIAN
HAMMOND INDIVIDUALLY AND ON
BEHALF OF SIMILARLY SITUATED
PERSONS

Date:   March 16, 2011
Time:   11:00 a.m.
Ctrm:   1345

The Trustee's Motion for Reconsideration Re: Order Denying Trustee's Motion

for Order Disallowing Priority Unsecured Claim Filed By Brian Hammond Individually and on

Behalf of Similarly Situated Person (the "Motion") by Richard A. Marshack in his capacity as

the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Four Star Financial Services,

LLC (the "Debtor"), came on for hearing on March 16, 2011 at 10:00 a.m.   Appearances are

reflected on the record.

The Court, having considered all arguments and evidence raised by the Trustee in

the Motion, the Trustee's Reply to Claimants Opposition ("Reply"), all briefs and arguments filed

on behalf of the Trustee in support of the Motion, and the arguments of Claimants as set forth in

43812v1/1015-002

1

1   their opposition, and good cause appearing, including the reasons set forth by the Court in its

2   Tentative Ruling dated March 15, 2011 (attached hereto as Exhibit "1") therefore;

                IT IS HEREBY ORDERED THAT:

3

4             1.      The Trustee's Motion is denied.

5                             ###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   DATED: April 1, 2011

                                        _Thomas R. Donovan_

                                        United States Bankruptcy Judge

25

26

27

28

EXHIBIT 1

## United States Bankruptcy Court
## Central District of California

### Los Angeles

### Judge Thomas B. Donovan, Presiding

### Courtroom 1345 Calendar

Wednesday, March 16, 2011                                      Hearing Room   1345

11:00 am

2:03-37579   **Four Star Financial Services**                                Chapter  7

#19.10       Hrg re trustee motion for reconsideration
             re: order denying trustee's motion for
             order disallowing priority unsecured
             claim  filed by Brian Hammon individually
             and on behalf of similarly situated persons
             [D. Edward Hays]

                              Docket #:  889

**Tentative Ruling:**

HAMMOND OPPOSITION IS SUSTAINED
FOR THE REASONS SET FORTH THEREIN.

TRUSTEE'S MOTION IS DENIED.

TRUSTEE SIMPLY IS RE-ARGUING
AN ISSUE PREVIOUSLY BRIEFED
AND DECIDED ON THE BASIS OF
EVIDENCE IN THE RECORD.

REPLY READ 3/15. NO CHANGE IN
TENTATIVE. TRUSTEE'S MOTION
IS DENIED.

NO APPEARANCE IS NECESSARY.

MOVANT MUST LODGE A PROPOSED
ORDER WITHIN 7 DAYS.

IF ANY PARTY PLANS TO APPEAR,
PLEASE PROMPTLY NOTIFY THE
COURT AND ALL OTHER PARTIES.

EXHIBIT 2, PAGE 13

# United States Bankruptcy Court
## Central District of California

### Los Angeles

### Judge Thomas B. Donovan, Presiding

### Courtroom 1345 Calendar

Wednesday, March 16, 2011                                     Hearing Room    1345

---

11:00 am

Cont....        **Four Star Financial Services**                              Chapter   7

Party Information

Debtor(s):

    Four Star Financial Services                    Represented By

                                             Arthur A Greenberg

Movant(s):

    Richard A Marshack (TR)                          Represented By

                                             James C Bastian

                                           Jeffrey I Golden

                                           Kyra E Andrassy

                                           Leonard M Shulman

                                           Mark  Bradshaw

                                           Lynda T Bui

                                         Richard A Marshack

                                       D Edward Hays

                                       Sean A Kading

                                       Martina A Slocomb

Trustee(s):

    Richard A Marshack (TR)                          Represented By

                                             James C Bastian

                                           Jeffrey I Golden

                                         Kyra E Andrassy

                                         Leonard M Shulman

                                       Mark  Bradshaw

                                       Lynda T Bui

                                       Richard A Marshack

                                       D Edward Hays

                                       Sean A Kading

                                       Martina A Slocomb

---

EXHIBIT 2, PAGE  14

## United States Bankruptcy Court
## Central District of California

### Los Angeles
### Judge Thomas B. Donovan, Presiding
### Courtroom 1345 Calendar

| Wednesday, March 16, 2011 | Hearing Room 1345 |
|---|---|

**11:00 am**

| Cont.... | **Four Star Financial Services** | **Chapter  7** |
|---|---|---|

EXHIBIT 2, PAGE 15

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 5410 Trabuco Road, Suite 130, Irvine, CA 92620

A true and correct copy of the foregoing document described ORDER DENYING MOTION FOR RECONSIDERATION RE: ORDER DENYING TRUSTEE'S MOTION FOR ORDER DISALLOWING PRIORITY UNSECURED CLAIM FILED BY BRIAN HAMMOND INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED PERSONS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On March 22, 2011, I served the following person(s) and/or entity(es) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor: | Attorney for Brian Hammond, | Debtor's Attorney: |
|---|---|---|
| ~~Four Star Financial Services~~ | Claimant: | Arthur A Greenberg |
| ~~11755 Wilshire Blvd Ste 1350~~ | Douglas H. Napier, Esq. | 16000 Ventura Blvd Ste 1000 |
| ~~Los Angeles, CA 90025~~ | 14591 N. 100th Way | Encino, CA 91436 |
| *08-06-10 Rc'd Return to Sender* | Scottsdale, AZ 85260 | |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 22, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery:
Honorable Thomas B. Donovan
USBC - Central District of California
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 22, 2011 | Layla Bergini | /s/ Layla Bergini |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

# F 9013-3.1.PROOF.SERVICE

43812v1/1015-002

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)**  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER DENYING MOTION FOR RECONSIDERATION RE: ORDER DENYING TRUSTEE'S MOTION FOR ORDER DISALLOWING PRIORITY UNSECURED CLAIM FILED BY BRIAN HAMMOND INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED PERSONS was entered on the date indicated as ○Entered○ on the first page of this judgment or order and will be served in the manner indicated below:

**I.  <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>March 122, 2011</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

⊠  Service information continued on attached page

**II.  <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

| | | |
|---|---|---|
| Debtor: | Attorney for Brian Hammond, | Debtor's Attorney: |
| ~~Four Star Financial Services~~ | Claimant: | Arthur A Greenberg |
| ~~11755 Wilshire Blvd Ste 1350~~ | Douglas H. Napier, Esq. | 16000 Ventura Blvd Ste 1000 |
| ~~Los Angeles, CA 90025~~ | Attorney at Law | Encino, CA 91436 |
| *08-06-10 Rc'd Return to Sender* | 14591 N. 100th Way | |
| | Scottsdale, AZ 85260 | |

☐  Service information continued on attached page

**III.  <u>TO BE SERVED BY THE LODGING PARTY</u>**: Within 72 hours after receipt of a copy of this judgment or order which bears an ○Entered○ stamp, the party lodging the judgment or order will serve a complete copy bearing an ○Entered○ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐  Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

# F 9021-1.1.NOTICE.ENTERED.ORDER

43812v1/1015-002

EXHIBIT 2, PAGE  17

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – CON'T**

- A Eric Aguilera    eaguilera@bfka-law.com
- Kyra E Andrassy    kandrassy@wgllp.com
- Martin R Barash    mbarash@ktbslaw.com
- James C Bastian    jbastian@shbllp.com
- Stephen F Biegenzahn    efile@sfblaw.com
- Mark Bradshaw    mbradshaw@shbllp.com
- Lynda T Bui    lbui@shbllp.com
- Melissa Davis    mdavis@shbllp.com
- Jerold Fagelbaum    office@fhllplaw.com
- Philip A Gasteier    pag@lnbrb.com
- Jeffrey I Golden    jgolden@wgllp.com
- D Edward Hays    ehays@marshackhays.com
- Matthew Heyn    mheyn@ktbslaw.com
- Sean A Kading    seankading@sbcglobal.net
- Manijha Kadir    mkadir@shbllp.com
- Richard A Marshack    pkraus@shbllp.com, rmarshack@ecf.epiqsystems.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com
- David W. Meadows    david@davidwmeadowslaw.com
- Irena L Norton    inorton@shbllp.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Clifford Brent Parker    parker@sposilco.com
- Joel G Samuels    jsamuels@sidley.com
- Michael A Scherago    mscherago@landslawyers.com
- Leonard M Shulman    lshulman@shbllp.com
- Martina A Slocomb    mslocomb@marshackhays.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- David Weinstein    david.weinstein@hro.com
- Sharon Z Weiss    sharon.weiss@hro.com
- Miles A Woodlief    mawoodlief@earthlink.net

Case 2:11-cv-03266-CJC   Document 2   Filed 04/18/11   Page 21 of 22   Page ID #:23
Case 2:03-bk-37579-Tᴅ   Doc 898   Filed 04/08/11   Enterec   ꞁ/08/11 21:14:55   Desc
Main Document      Page 21 of 22

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 5410 Trabuco Road, Suite 130, Irvine, CA 92620

A true and correct copy of the foregoing document described NOTICE OF APPEALS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *April 8, 2011,* I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

             ☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On April 8, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor: | Attorney for Brian Hammond, | Debtor's Attorney: |
|---|---|---|
| ~~Four Star Financial Services~~ | Claimant: | Arthur A Greenberg |
| ~~11755 Wilshire Blvd Ste 1350~~ | Douglas H. Napier, Esq. | 16000 Ventura Blvd Ste 1000 |
| ~~Los Angeles, CA 90025~~ | 14591 N. 100th Way | Encino, CA 91436 |
| *08-06-10 Rc'd Return to Sender* | Scottsdale, AZ 85260 | |

             ☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 8, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery:
Honorable Thomas B. Donovan
USBC - Central District of California
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

             ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 8, 2011 | Layla Bergini | /s/ Layla Bergini |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                     **F 9013-3.1.PROOF.SERVICE**

44306v1/1015-002

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – CON'T**

- A Eric Aguilera    eaguilera@bfka-law.com
- Kyra E Andrassy    kandrassy@wgllp.com
- Martin R Barash    mbarash@ktbslaw.com
- James C Bastian    jbastian@shbllp.com
- Stephen F Biegenzahn    efile@sfblaw.com
- Mark Bradshaw    mbradshaw@shbllp.com
- Lynda T Bui    lbui@shbllp.com
- Melissa Davis    mdavis@shbllp.com
- Jerold Fagelbaum    office@fhllplaw.com
- Philip A Gasteier    pag@lnbrb.com
- Jeffrey I Golden    jgolden@wgllp.com
- D Edward Hays    ehays@marshackhays.com
- Matthew Heyn    mheyn@ktbslaw.com
- Sean A Kading    seankading@sbcglobal.net
- Manijha Kadir    mkadir@shbllp.com
- Richard A Marshack    pkraus@shbllp.com, rmarshack@ecf.epiqsystems.com
- Richard A Marshack    pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com
- David W. Meadows    david@davidwmeadowslaw.com
- Irena L Norton    inorton@shbllp.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Clifford Brent Parker    parker@sposilco.com
- Joel G Samuels    jsamuels@sidley.com
- Michael A Scherago    mscherago@landslawyers.com
- Leonard M Shulman    lshulman@shbllp.com
- Martina A Slocomb    mslocomb@marshackhays.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- David Weinstein    david.weinstein@hro.com
- Sharon Z Weiss    sharon.weiss@hro.com
- Miles A Woodlief    mawoodlief@earthlink.net