| | |
|---|---|
| 1  Douglas H. Napier, Esq., (Iowa SBN 12703)<br>Attorney at Law<br>2  14591 N. 100th Way<br>Scottsdale, Arizona  85260<br>3  Tel: 480-298-8043<br>Fax: 480-639-6417<br>4  Email: Doug4law@aol.com<br>Attorneys for Appellee, Class Representative<br>5  Brian Hammond.<br><br>6  DAVID W. MEADOWS (SBN 137052)<br>Law Offices of David W. Meadows<br>7  1801 Century Park East, Suite 1250<br>Los Angeles, CA  90067<br>8  Tel: (310) 557-8490<br>Fax: (310) 557-8493<br>9  Email: david@davidwmeadowslaw.com<br><br>10  Local and Bankruptcy Counsel for Appellee,<br>Class Representative, Brian Hammond | E-FILED: 04/14/11<br>RECEIVED<br>Susan M. Spraul, Clerk<br>U.S. BKCY. APP. PANEL<br>OF THE NINTH CIRCUIT<br><br>APR 1 4 2011<br>FILED 04/14/11<br>DOCKETED 4/14/11 e-filer<br>DATE         INITIAL<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>APR 18 2011<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY                       DEPUTY<br><br>CV11 03266 CJC |

## UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re<br><br>FOUR STAR FINANCIAL SERVICES, INC,<br><br>Debtor<br><br>―――――――――――――<br><br>RICHARD A. MARSHACK, Chapter 7 Trustee,<br>Appellant<br><br>v.<br><br>FOUR STAR FINANCIAL SERVICES, LLC [SIC]; BRIAN HAMMOND<br>Appellee. | Case No. 2:03-bk-37579-TD<br><br>BAP No.  CC-11-1163<br><br>Chapter 7<br><br>**APPELLEE'S STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY THE UNITED STATES DISTRICT COURT**<br><br>[FRBP 8001(e); 28 U.S.C. § 158(c)(1)] |

( 4 )

APPELLEE, Brian Hammond as Class Representative with respect to Allowed Claim Number 9, **pursuant to Federal Rule of Bankruptcy Procedure 8001(e) and 28 U.S.C. § 158(c)(1), hereby elects** to have the appeal by Richard A. Marshack, in his capacity as Chapter 7 Trustee for the bankruptcy estate of Four Star Financial Services, LLC of the "Order Denying Trustee's Motion for Order Disallowing Priority Unsecured Claim Filed by Brian Hammond Individually and on Behalf of Similarly Situated Persons [Claim No. 9]," filed as Docket No. 884, heard by the United States District Court for the Central District of California.

Dated: April 14, 2011                         DOUGLAS H. NAPIER


                                              By:   /s/ Douglas H. Napier
                                                    Douglas H. Napier,

                                                    Counsel to Brian Hammond, Class
                                                    Representative, Appellee

Dated: April 14, 2011                         THE LAW OFFICES OF DAVID W. MEADOWS


                                              By:   /s/ David W. Meadows
                                                    David W. Meadows

                                                    Local and Bankruptcy Counsel to Brian
                                                    Hammond, Class Representative, Appellee

| Richard A. Marshack, Chapter 7 Trustee, Appellant, | CHAPTER 7 |
|---|---|
| v. | BAP No. CC-11-1163 |
| Brian Hammond, Class Representative, Appellee | CASE NUMBER 2:03-37579-TD |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1801 Century Park East, Suite 1235, Los Angeles, CA 90067

A true and correct copy of the foregoing document described APPELLEE'S STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY THE UNITED STATES DISTRICT COURT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 4/14/2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

D. Edward Hays, counsel to Chapter 7 Trustee, Richard A. Marshack
ehays@marshackhays.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/14/2011 | David W. Meadows | /s/ David W. Meadows |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 9013-3.1

**BCC Email Recipients:**
Barbato, Vincent
Wood, Mele

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## U. S. Bankruptcy Appellate Panel for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 04/14/2011 at 9:31:07 AM PDT and filed on 04/14/2011
**Case Name:** Richard Marshack v. Four Star Financial Services,, et al
**Case Number:** 11-1163
**Document(s):** Document(s)

**Docket Text:**
Filed (ECF) Attorney Mr. David Meadows for Appellee Brian Hammond's Objection to BAP jurisdiction; served on 04/14/2011 US mail - Attorney for Appellant: Hays. (DM)

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** Hammond Election 04 14 11 with POS.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=04/14/2011] [FileNumber=416637-0]
[41e8de41b8e7fdf3269b3cf2b136fc1665416756f7a897a4d673d9e77640cba0a9c81f18c59369a61d368a85d256f4a6c38927b292a04e8764980a701413b288]]

**Notice will be electronically mailed to:**

Mr. Meadows, David, Attorney

**Case participants listed below will not receive this electronic notice:**

Hays, D. Edward
Marshack Hays LLP
Suite #130
5410 Trabuco Road
Irvine, CA 92620

Marshack, Judith E.
Marshack Hays LLP
Suite #130
5410 Trabuco Road
Irvine, CA 92620

Greenberg, Arthur A.
GREENBERG & BASS LLP
Suite #1000
16000 Ventura Blvd.
Encino, CA 91436

Napier, Douglas H.
14591 North 100th Way
Scottdale, AZ 85260

ust- United States Trustee, Los Angeles
U.S. TRUSTEE
Suite 2600
725 South Figueroa Street
Los Angeles, CA 90017

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 416637
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 368314