# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. CV 11-03266-CJC                                          Date: July 26, 2011

Title: <u>RICHARD A. MARSHACK V. FOUR STAR FINANCIAL SERVICES LLC ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                           None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO APPELLANT TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

By order dated May 9, 2011, this Court granted the parties' stipulation to modify the briefing schedule for this appeal of an order of the bankruptcy court based on the parties' representations that they were attempting to resolve the pending appeal through a mediation conference set for June 17, 2011 at 9 a.m. The parties represented that Appellee would file a notice advising the Court of the outcome of the mediation promptly after the conclusion of the mediation. However, more than a month has passed since the mediation conference and neither party has filed any such notice. Accordingly, the Court hereby orders Appellant to SHOW CAUSE why this appeal should not be dismissed for failure to prosecute. Appellant shall file his opposition to the order to show cause within seven days from the date of this minute order. The matter shall stand submitted upon receipt of Appellant's opposition.

mkyc

MINUTES FORM 11
CIVIL-GEN                                                                                   Initials of Deputy Clerk MU